UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 MAR -3 P 3: 10

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

JAMES FISHER,

   Plaintiff,

v.                                          Case No.: 3:06-cv-77-J-20-TEM

JUDGE FLOWERS,
COUNTY COURT JUDGE,

   Defendant.

## ORDER

This cause is before the Court on the United States Magistrate Judge's Report and Recommendation (Doc. No. 5, filed February 9, 2006), recommending that the Plaintiff's motion to proceed *in forma pauperis* be denied without prejudice to filing a properly amended paid complaint. No timely objections have been filed to the Report and Recommendation.

Upon consideration of the Report and Recommendation, and upon conducting an independent de novo review of the entire record in this matter, the Court adopts and confirms the Magistrate Judge's findings. Accordingly, it is **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation (Doc. No. 5) is **ADOPTED**, and is specifically incorporated into this Order.

For the reasons stated in the Report and Recommendation, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 3rd day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
James Fisher, *Pro Se*